UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| KIMBERLY A. BAUMGARTNER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:12-CV-393 RLM |
| | ) | |
| LIFE CARE CENTERS OF AMERICA, | ) | |
| | ) | |
| Defendant | ) | |

ORDER

No objections having been filed to the Report and Recommendation issued by Magistrate Judge Roger B. Cosbey on April 4, 2013, the court ADOPTS the recommendation and ORDERS this cause DISMISSED pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v) based on Ms. Baumgartner's failure to appear at conferences, respond to court orders, and prosecute her claims.

SO ORDERED.

ENTERED:   April 29, 2013

　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　Judge, United States District Court